JOHN F. NELSON v. STATE.

No. A-524. Opinion Filed March 21, 1911.

Appeal from Carter County Court; I. R. Mason, Judge.

Appellant was convicted in the county court of Carter county on a charge of violating the prohibitory law, and appeals. Affirmed.

Sigler & Howard, for appellant.

PER CURIAM. Upon a careful examination of the record in this case we find no errors depriving the appellant of any substantial right. The judgment of the court below is therefore affirmed.